STATE OF MONTANA,
    Plaintiff,                                      No. BDC-96-124(a)
vs.                                                 Decision
GLENN A. SLIVA,
    Defendant.

On January 14, 2000, the defendant was sentenced to four (4) years in the Montana State Prison.

On August 25, 2000, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Jennifer Johnson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

It is the unanimous decision of the Sentence Review Division that the sentence shall be amended to a four (4) year commitment to the Department of Corrections, with no recommendation to the Department of Corrections for placement of the defendant.

The reason for the amendment is to bring this sentence into compliance with the court's statutory authority at the time of the disposition hearing.

Done in open Court this 25th day of August, 2000.

DATED this 11th day of September, 2000.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. Marge Johnson, Member, Hon. David Cybulski.

STATE OF MONTANA,
    Plaintiff,                                      No. BDC-96-124(a)
vs.                                                 Amended Judgment